UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AEGIS INSURANCE SERVICES, INC.; LIBERTY
INSURANCE UNDERWRITERS, INC.; NATIONAL
UNION INSURANCE COMPANY OF
PITTSBURGH; NUCLEAR ELECTRIC INSURANCE
LIMITED; UNDERWRITERS AT LLOYDS, a/s/o       NOTICE OF APPEAL
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC. and CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.;                   02 CV 7188 (AKH)

                   Plaintiffs,

                   -against-

PORT AUTHORITY OF NEW YORK AND NEW
JERSEY and THE CITY OF NEW YORK,

                   Defendants.

---

     Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the order of final judgment dismissing with prejudice Counts One, Two and Four of the Second Amended Complaint against Port Authority of New York and New Jersey and dismissing with prejudice all claims against The City of New York, entered August 14, 2009.

Dated: August 21, 2009

                                                Franklin M. Sachs
                                                Attorney for Plaintiffs
                                                Greenbaum, Rowe, Smith & Davis
                                                Metro Corporate Campus One
                                                P. O. Box 5600
                                                Woodbridge, New Jersey 07095-0988
                                                (732) 476-3250

FILED U.S. DC
AUG 2 1 2009
S.D. OF N.Y.